IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DESHAUN HARRIS, | § | |
| | § | |
| Defendant Below, | § | No. 6, 2021 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. No. 2005002325 (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 2, 2021
Decided: February 8, 2021

# **O R D E R**

On January 5, 2021, the appellant, DeShaun Harris, filed a notice of appeal from a Superior Court order dated November 13, 2020 and docketed on November 16, 2020. Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before December 16, 2020. On January 8, 2021, the Senior Court Clerk issued, by certified mail, a notice directing Harris to show cause why this appeal should not be dismissed as untimely filed. On January 21, 2021, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. Harris's response to the notice to show cause was due by February 1, 2021, but Harris has not responded. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice